OCA UPLOAD 08/22/2024(Page 1 of 2)

# Supreme Court of the State of New York
## Appellate Division, First Judicial Department

Present – Hon.    Jeffrey K. Oing,                          Justice Presiding,
                  Lizbeth González
                  Manuel J. Mendez
                  John R. Higgitt
                  Llinét M. Rosado,                         Justices.

---

In the Matter of Valerie S. Amsterdam          Motion No.   2024-02729
(Admitted as Valerie Szymanski),               Case No.     2023-06041
(OCA Atty. Reg. No. 1049881),
a disbarred attorney:
                    Petitioner,

        For Reinstatement to the Bar
        Of the State of New York,


Attorney Grievance Committee
for the First Judicial Department,
                    Respondent.

---

An order of this Court having been entered on December 15, 2005 (M-2389), disbarring petitioner (who was admitted, as Valerie Szymanski, to practice as an attorney and counselor-at-law in the State of New York at a Term of the Appellate Division of the Supreme Court for the First Judicial Department on February 22, 1977), pursuant to Judiciary Law § 90(4)(e), effective nunc pro tunc to April 4, 2005, and striking her name from the roll of attorneys in the State of New York, effective the date thereof, and until further order of this Court,

And petitioner, by her attorney, Sarah D. McShea, Esq., having moved this Court on December 18, 2023, for an order pursuant to 22 NYCRR 1240.16(a) and (b), reinstating her as an attorney and counselor-at-law in the State of New York,

And an order of this Court having been entered on February 8, 2024 (Motion No. 2023-05183), granting petitioner's motion for reinstatement to the extent of referring the matter to a Referee to conduct a hearing where petitioner would have the burden of establishing by clear and convincing evidence that she possesses the requisite character and general fitness to resume the practice of law, and that she otherwise meets the standards for reinstatement set out in 22 NYCRR 1240.16(a),

OCA UPLOAD 08/22/2024(Page 2 of 2)

Case No. 2023-06041                    2-                    Motion No. 2024-02729

And petitioner, by her attorney, Sarah Diane McShea, Esq., having moved this Court on June 17, 2024, for an order pursuant to 22 NYCRR 1240.16 confirming the report of the Referee, dated May 28, 2024, which recommended that this Court grant petitioner's application for reinstatement, and reinstating petitioner as an attorney and counselor-at-law in the State of New York,

And the Attorney Grievance Committee for the First Judicial Department, by Jorge Dopico, its Chief Attorney (Raymond Vallejo, of counsel), having submitted an affirmation, dated June 7, 2024, in which it states that it does not object to the relief requested because petitioner has met her burden, by clear and convincing evidence, that she has the requisite character and general fitness to resume the practice of law, and meets the standards for reinstatement set out in NYCRR 1240.16(a),

Now, upon reading and filing the papers with respect to the motion, and due deliberation having been had thereon, it is unanimously,

Ordered that the motion is granted, the report and recommendation of the referee is confirmed, and petitioner, Valerie S. Amsterdam, admitted as Valerie Szymanski, is reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. Petitioner is directed to immediately register with, and pay to, the Office of Court Administration any applicable registration fees in compliance with Judiciary Law § 468-a.

Entered:   August 22, 2024

Susanna Molina Rojas
Clerk of the Court