Kamephis Perez, Esq.
The Law Practice of Kamephis Perez
510 East 6th Street, D2
New York, NY 10009

Valerie S. Amsterdam, Esq.
1200 Park Avenue, 4D
New York, NY 10128

Via Certified Mail

**RE: Laith Nakli – United States v. Nakli (98-CR-721) – Request for Client File**

Dear Ms. Amsterdam,

I write to you as counsel for Mr. Laith Nakli. I understand you represented him in connection with his 2000 criminal conviction in the U.S. District Court for the Eastern District of New York, Case No. 98-CR-721.

Mr. Nakli has retained me to explore potential post-conviction remedies regarding this conviction. My review focuses on the circumstances of his guilty plea and the advice he received in connection with it, particularly as they relate to the plea's immigration consequences.

To assist us in our analysis, kindly provide a complete and unabridged copy of your case file for Mr. Nakli. This request includes, but is not limited to:

- All pleadings, motions, and court filings;
- All correspondence with Mr. Nakli, the U.S. Attorney's Office, and the Court;
- All of your handwritten notes, internal memoranda, and file notations;
- Copies of the plea agreement and the Pre-Sentence Report (PSR); and
- Any other materials related to your representation of Mr. Nakli.

Beyond the contents of the file, I would be very grateful for any specific recollection you may have regarding your discussions with Mr. Nakli about the potential immigration consequences (including deportation) of his plea.

I have attached a signed authorization and waiver from Mr. Nakli consenting to the release of his file. Digital copies of the file are preferred and can be emailed to Kamephis.Perez@gmail.com or sent via a secure link. Alternatively, please let me know if you have hard copies, and I will gladly arrange to pick them up at your convenience.

Thank you for your time and assistance in this crucial matter.

Sincerely,

Kamephis Perez, Esq.
(347) 844-6167

cc: valerieamsterdam@yahoo.com

# AUTHORIZATION FOR RELEASE OF INFORMATION AND CLIENT FILE

| | |
|---|---|
| **Client:** | Laith Nakli<br>55 W 14th Street, 12L<br>New York, NY 10011 |
| **Authorized Party:** | Valerie S. Amsterdam, Esq.<br>1200 Park Avenue, 4D<br>New York, NY 10128 |
| **Receiving Party:** | Kamephis Perez, Esq.<br>510 East 6th Street, 2D<br>New York, NY 10009 |

I, **Laith Nakli**, hereby authorize attorney Valerie S. Amsterdam to release and disclose a complete and unabridged copy of my entire client file, including all privileged and confidential materials, to my new legal counsel, Kamephis Perez.

This authorization pertains specifically to all matters related to my 2000 criminal case in the United States District Court for the Eastern District of New York, *United States v. Nakli*, including but not limited to:

1. All attorney notes, internal memoranda, and file notations;
2. All correspondence with me (Laith Nakli), the U.S. Attorney's Office, the U.S. Probation Department, and the Court;
3. All pleadings, motions, and discovery materials;
4. The Pre-Sentence Report (PSR), plea agreement, and sentencing materials; and
5. All other documents, records, or materials related to this case file.

The purpose of this disclosure is to allow my new counsel to evaluate my legal options, including potential post-conviction remedies related to this conviction.

I understand that this authorization is voluntary. I also know that I may revoke this authorization at any time by providing a written notice of revocation to Ms. Amsterdam. However, such revocation will not apply to information already released in reliance upon this authorization.

This authorization shall be valid for one (1) year from the date of my signature below. A copy or electronic scan of this signed authorization shall be considered as valid as the original.

[signature]

**Laith Nakli**

10/28/2025

**Date**

ALERT: AN UNEXPECTED INCIDENT AT THE AIRPORT IN LOUISVILLE, KY MAY DELAY FINAL D...

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052702826504103

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to the original sender at 1:09 pm on November 5, 2025 in NEW YORK, NY 10009.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, To Original Sender**

NEW YORK, NY 10009
November 5, 2025, 1:09 pm

Feedback

**In Transit to Next Facility**

November 2, 2025

**No Such Number**

NEW YORK, NY 10128
October 30, 2025, 9:50 am

**Arrived at USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
October 28, 2025, 8:11 pm

**Departed Post Office**

NEW YORK, NY 10009
October 28, 2025, 5:44 pm

**USPS in possession of item**
NEW YORK, NY 10009
October 28, 2025, 5:13 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**


Kamephis Perez
Apartment D-2
510 E. 6th Street
New York, NY 10009
9589 0710 5270 2826 5041 03
CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
Retail
U.S. POSTAGE PAID
FCM LETTER
NEW YORK, NY 10009
OCT 28, 2025
10128
$6.08
RDC 99
S2323W501061-4
UNITED STATES POSTAL SERVICE
RTS
Valerie S. Amsterdam
1200 Park Avenue, 4D
New York, NY 10128
N.
NIXIE 100 SC 1 0111/02/25
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 10009666999 *0145-05181-01-41